UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-2593-MJ-GOODMAN   (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

MARIO AMILCAR ESTRADA ORELLANA et al,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 4/18/2019

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE