# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**  Date: 4/18/2019   Time: 1:30 p.m.

Defendant: 1) MARIO AMILCAR ESTRADA ORELLANA   J#: 18096-104   Case #: 19-2593-MJ-GOODMAN (SEALED)

AUSA: _Sajjad Matin_   Attorney: _____

Violation: S/D/NY/COMP/WARR/NARCOTICS IMPORTATION CONSPIRACY   Surr/Arrest Date: 4/17/2019   YOB: 1960

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _Spanish_

Disposition: _Advised_ _Case Unsealed_ _✱ Deft to obtain Counsel_ _Gov. recommends PTD_

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| (Report RE Counsel:) | 4/23 | 10 AM | | |
| (PTD/Bond Hearing:) | 4/23 | 10 AM | | |
| Prelim/Arraign or (Removal:) | 4/23 | 10 AM | | |
| Status Conference RE: | | | | |

D.A.R. _13:23:46_   Time in Court: _10 min._

s/Jonathan Goodman   Magistrate Judge